**Order filed January 12, 2012.**



In The

# Fourteenth Court of Appeals
_____

### NO. 14-11-00627-CV
_____

## IN THE MATTER OF T.T.L., A CHILD

**On Appeal from the County Court at Law**
**Waller County, Texas**
**Trial Court Cause No. JV08-17**

## ORDER

The reporter's record in this case was due August 22, 2011. *See* Tex. R. App. P. 35.2. The court granted two extensions for the record until December 16, 2011. The record was not filed with the court.

**Sheila May**, the court reporter, filed a motion for extension of time to file the reporter's record on December 16, 2011. The motion stated the record could be filed by January 2, 2012. The record was not filed.

On January 5, 2012, Sheila May filed volumes 1-6, in case number JV-0830-1. Sheila May attempted to file volume 7 on January 6, 2012, also in case number JV-0830-1. That volume also fails to meet filing requirements in that the file is not searchable and pages are turned the wrong direction.

Accordingly, we order **Sheila May** to file the reporter's record in this appeal in the correct case number and in accordance with filing requirements within **10 days** of the date of this order.

PER CURIAM